SAMUEL ROTTENBERG, as Trustee in Bankruptcy of EMPIRE STATE SUSPENDER COMPANY, Appellant, v. OSCAR ENGLANDER, Respondent.

*Rottenberg* v. *Englander*, 185 App. Div. 1, appeal dismissed.

(Submitted November 17, 1919; decided December 2, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1918, which reversed an order of Special Term denying a motion to strike the above-entitled action from the Special Term calendar and granted said motion.

*David W. Kahn* for appellant.

*Louis Kunen* and *Oscar Englander* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.